JAPANESE DISTRIBUTORS CORP, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 94–03–0145

(Dated July 6, 1994)

## ORDER

DICARLO, *Chief Judge:* Upon consideration of defendant's consent motion for remand and upon due deliberation, it is hereby

ORDERED that defendant's motion is granted; it Is further

ORDERED that this action is remanded for 60 days from the date of this order for the purpose of granting plaintiff's protest.

855 F.Supp. 1313

SUGIYAMA CHAIN CO., LTD., I&OC OF JAPAN CO., LTD., AND HKK CHAIN CORP OF AMERICA, PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 92–10–00661

(Dated July 7, 1994)

## JUDGMENT

## ORDER

CARMAN, *Judge:* This case having been duly submitted for decision and this Court, after due deliberation, having rendered a decision herein, which reversed in part, remanded in part and sustained in part the Department of Commerce's final results in *Roller Chain, Other Than Bicycle, From Japan; Final Results of Antidumping Duty Administrative Review,* 57 Fed. Reg. 43,697 (1992); and Commerce having reported the results of its remand determination to this Court; and plaintiffs having accepted the remand determination, it is hereby

ORDERED the Department of Commerce's *Final Results of Redetermination Pursuant to Court Remand, Sugiyama Chain Co. v. United States,* Slip Op. 93–78 is sustained; and it is further

ORDERED this case is dismissed.